UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF J. SCHOUTEN CONSTRUCTION, INC., a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation<br><br>Defendant. | No. CV-12-589-RHW<br><br>**ORDER DISMISSING CASE** |

Before the Court is Plaintiff's Motion to Dismiss. ECF No. 25. Plaintiff represents that the parties have reached a settlement and as a part of that settlement, the pending matter should be dismissed with prejudice. *Id*. Pursuant to Fed. R. Civ. P. 41(a)(2)[1], the Court should dismiss the matter if the Court considers the terms proper. Unless the defendant can show that it will suffer some clear legal prejudice, the Court should grant a motion to dismiss under Fed. R. Civ. P. 41(a)(2). *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001). Here, Defendant has agreed to the dismissal and thus would suffer no legal prejudice. Therefore, the Court orders dismissal of the above-captioned case with prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

---

[1] The Court notes that Fed. R. Civ. P. 41(a)(1)(A)(i) would not require a Court order for dismissal under these circumstances. Yet, because Plaintiff requested a Court order, the Court applied Fed. R. Civ. P. 41(a)(2).

**ORDER DISMISSING CASE ~ 1**

1. Plaintiff's Motion to Dismiss, ECF No. 25 is **GRANTED**. Civil Case No. 12-589-RHW is dismissed with prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to counsel, and **close the file**.

**DATED** this 19th day of December, 2014.

_s/Robert H. Whaley_
ROBERT H. WHALEY
Senior United States District Judge

Case 2:12-cv-00589-RHW    Document 26    Filed 12/19/14

**ORDER DISMISSING CASE ~ 2**